**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-2474-WJM-KMT

COLBY HELZER, on behalf of herself and all similarly situated persons,

    Plaintiff,

v.

SUEHIRO OF FORT COLLINS SOUTH, LLC, a Colorado limited liability company
SUEHIRO OF FORT COLLINS, INC., a Colorado corporation,
EDWARD KENDALL, and
SEON AH KENDALL

    Defendants.

---

**ORDER GRANTING JOINT STIPULATED MOTION TO DISMISS CERTAIN CLAIMS**

---

    This matter is before the Court on the Parties' Joint Stipulated Motion to Dismiss all Claims Against Defendant Seon Ah Kendall and Stipulation as to Dismissal of Contract Claim Against All Remaining Defendants, filed November 15, 2013 (ECF No. 11).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

    The Parties' Joint Stipulated Motion to Dismiss is GRANTED.  All claims against Defendant Seon Ah Kendall are hereby DISMISSED WITHOUT PREJUDICE.  Each part shall pay his or its own costs and attorney's fees.

    It is FURTHER ORDERED that the Amended Complaint authorized by Fed.R.Civ.P.15 is ACCEPTED as filed and is now DEEMED the operative Complaint in this matter. (ECF No. 12).  The acceptance by the Court of this Amended Complaint,

among other things, gives effect to the parties' stipulation to the dismissal of Plaintiff's contract claim against all remaining defendants.

Dated this 15th day of November, 2013.

BY THE COURT:

William J. Martínez
United States District Judge