**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 13-cv-2474-WJM-KMT

COLBY HELZER, on behalf of herself and all similarly situated persons

    Plaintiff,

v.

SUEHIRO OF FORT COLLINS SOUTH, LLC,
SUEHIRO OF FORT COLLINS, INC.,
EDWARD KENDALL, and
SEON AH KENDALL

    Defendants.

---

## ORDER GRANTING STIPULATED MOTION TO DISMISS

---

    This matter comes before the Court on the Parties' Stipulated Motion to Dismiss, filed August 6, 2014 (ECF No. 20). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

    The Parties' Stipulated Motion to Dismiss is GRANTED. The above-captioned action is hereby DISMISSED WITH PREJUDICE. Each party shall pay her, his, or its own attorney's fees and costs.

    Dated this 6th day of August, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge